ADWAR IVKO LLC
Stephanie Furgang Adwar
Armando Llorens
225 West 34th Street Fl 9
New York NY 10122
212-725-1818

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARIEL NACHMAN (p/k/a ARIEL PEARL) and
MICHAEL NACHMAN,

                     Plaintiffs,        Civil Action No:

      -against-

JOSH STONE and REAL VIBEZ ONLY, LLC,

                     Defendants.
-------------------------------------------------------------X

## **SUMMONS**

To: Real Vibez Only, LLC:

A lawsuit has been filed against you.  Within 21 days after service of this summons (not counting the day you received it), you must serve on the Plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorneys, whose name and address is:

ADWAR IVKO LLC
225 West 34th Street Fl 9
New York NY 10122
212-725-1818
Attn: Stephanie Furgang Adwar

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: May 7, 2024

Clerk of the Court

_____
Signature of Clerk or Deputy Clerk